# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134393(72)(75)
134406(70)

WILLIAM MILLER,
       Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
       Defendant,
       Cross-Defendant-Appellant,
and

PT WORKS, INC.,
       Cross-Plaintiff-Appellee.

SC: 134393
COA: 259992
Wayne CC: 03-325030-NF

_____

WILLIAM MILLER,
       Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
       Defendant,
       Cross-Defendant-Appellee,
and

PT WORKS, INC.,
       Cross-Plaintiff-Appellant.

SC: 134406
COA: 259992
Wayne CC: 03-325030-NF

_____

Order of the Chief Justice, motions by Preferred Medicine, Inc and others and by the International Association of Special Investigative Units and others for leave to file briefs *amicus curiae* in this case are GRANTED. The motion by cross-plaintiff-appellant for extension to January 30, 2008 of the time for filing its brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008

_____
Clerk